# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEROY HALL MCCOY,
          Appellant,
      vs.
THE STATE OF NEVADA,
          Respondent.

No. 83030

**FILED**

AUG 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

When our preliminary review of the docketing statement and the NRAP 3(g) documents revealed a potential jurisdictional defect, we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically it appears that the judgment of conviction challenged on appeal was previously appealed in Docket No. 76447, *McCoy (Leroy) v. State* (Order of Affirmance, October 31, 2019). A second duplicate appeal may not be pursued.

In his response to the order to show cause, counsel for appellant informs this court that appellant, acting pro se, filed a copy of the notice of appeal previously filed in Docket No. 76447, that his office withdrew from representation of appellant on March 11, 2020, and that he is not aware of any reason why this notice of appeal should not be dismissed[1].

---

[1]Counsel for appellant, Kedric Bassett, has filed a motion to withdraw as counsel for appellant. The motion is granted.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-24276

Accordingly, as it appears that we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:  Hon. Crystal Eller, District Judge
     Clark County Public Defender
     Leroy Hall McCoy
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk